United States District Court

Eastern District of Louisiana

Stephenson

v.                                              CIVIL ACTION NO. 2:00-cv-02052 L 2

Reno


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, July 13, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 11  PM 3: 08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OBADIAH STEPHENSON, SR.** | * | CIVIL ACTION |
| **Plaintiff** | * | |
| v. | * | **00-2052** |
| JANET RENO, RICHARD THORNBERG, | * | NUMBER: |
| HARRY ROSENBERG, HERBERT W. | | |
| MONDROFF, JOHN MORRELLO, ROBERT | *, | SECT L |
| BOITMAN, MASSELLI MANN, DUNCAN | | |
| SIMPSON, EDDIE J. JORDAN, MICHAEL | * | |
| McMAHAN, HARRY McSHERRY, MICHAEL | | |
| BROOKS, ROBERT LAUNDRY, JOHN | * | SECTION: |
| WATER, LARRY RANDALL, CHRIS ORTIZ, | | |
| FRED OSWALL, BOB BOUDREAUX, | * | |
| HAROLD WILLIS, JIMMY THERIOT, | | |
| ROBERT DAUGHERTY, JACK | * | |
| SCHUMACHER, MIGUEL VILLFRANCA, | | |
| G.F. McCOY, EMILE LARSON, RAY FLOYD, | * | |
| T. CULOTTA, ROBERT BARNAUM, SCOTT | | |
| DAVIS, HENRY A. MENTZ JR, MOREY | * | |
| SEARS, EDITH BROWN CLEMENT, HENRY | | |
| POLITZ, CAROLYN DINEEN KING, | * | |
| WILLIAM L. GARWOOD, E. GRADY JOLLY | | |
| PATRICK E. HIGGINGBOTTHAM, | * | |
| W. EUGENE DAVIS, EDITH HOLEMAN | | |
| JONES, EMILO GARZA, HAROLD DEMOSS, | * | |
| JOHN MINOR WISDOM, IRVIN GOLDBERG, | | |
| JERRY SMITH, JOHN DUHE JR, JAQUES | * | |
| L. WEINER JR, RHESA BARKSDALE, | | |
| THOMAS REAVELY, SAMUEL D. JOHNSON | * | |
| ROBERT M. PARKER, JERRY WILLIAM, | | |
| ROMA KENT, CHARLOTTE B. COCCHIARA | * | |
| CLAUD KELLY are sued in their individual | | |
| capacity; MARTIN REAGAN, JAVAD | * | |

Fee USD
Process
X Dktd
CtRmDep
Doc.No.

**ZARSANG, DONALD O. PINKSTON, are
sued in their individual capacity.**                     *

        **Defendants**                                          *

                                 *   *   *

## NOTICE OF REMOVAL

The United States of America, on behalf of the Federal Defendants named herein in their official capacities, and the Federal Defendants named herein, in their individual capacities, represented by the undersigned Assistant United States Attorney, remove this action from state court to federal district court. As grounds for removal the Movers respectfully represent:

### I.

Federal employees have been made defendants in the above-captioned civil action now pending in the Civil District Court, Parish of Orleans, State of Louisiana, No. 00-08339, Division N.

### II.

This case can be removed from the Civil District Court for the Parish of Orleans to this Honorable Court because it appears to be an action against employees of the United States or agencies thereof for acts under color of such office and therefore may be removed by them to the district court for the United States for the district and division embracing the place wherein it is pending pursuant to 28 U.S.C. § 1442.

### III.

A copy of all pleadings and process served upon the Federal employees is attached to this Notice.

## IV.

This action now pending in the Civil District Court, Parish of Orleans, State of Louisiana, is properly removed to this Court pursuant to 28 U.S.C. § 1442.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
SANDRA E. GUTIERREZ
Assistant United States Attorney
La Bar Roll #17888
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3124